IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER HOWARD ) | |
| ) | |
| v. ) | NO: 3:13-0550 |
| ) | |
| WHITE BLUFF POLICE DEPARTMENT, et al. ) | |

**O R D E R**

The Defendants' motion (Docket Entry No. 36) for leave to allow substitution of counsel is GRANTED. Brandt McMillan is permitted to withdraw as counsel of record for the Defendants and attorney Kristin Berexa, who has entered a notice of appearance (Docket Entry No. 37), is substituted as counsel of record for the Defendants Fulcher, Hopper, Holman, and Dorland.

The Clerk is directed to terminate Brandt M. McMillan as counsel for the Defendants.

The Clerk is directed to send a copy of this Order to the plaintiff by regular, first class mail (only).

SO ORDERED.

JULIET GRIFFIN
United States Magistrate Judge