IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

**Motion GRANTED.**

| | |
|---|---|
| **CHRISTOPHER HOWARD,** ) | |
| ) | No. 3:13-cv-00550 |
| Plaintiff, ) | |
| ) | Judge Trauger |
| v. ) | |
| ) | |
| **CHRIS FULCHER,** ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO MANUALLY FILE

Defendant, Chris Fulcher, by and through undersigned counsel, hereby moves this Court to grant leave for defendant to manually file a certified copy of the Order to Dismiss entered in the Circuit Court for Cheatham County, Tennessee in the case styled <u>State of Tennessee v. Christopher L. Howard</u>, bearing docket number 16798 on February 15, 2013, in support of his Reply to plaintiff's Response to Defendants' Motion for Summary Judgment.

Respectfully submitted,

*/s/ Kristin E. Berexa*
Kristin E. Berexa, BPR No. 014833
Sarah L. Blood, BPR No. 031994
Farrar & Bates, LLP
211 Seventh Avenue North, Suite 500
Nashville, Tennessee 37219
(615) 254-3060
*Attorneys for Defendant, Chris Fulcher*

{FB292061 / TML 4837 }

1